IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARTEZ DAVON OLIVER                                                          PLAINTIFF

v.                          No: 3:25-cv-255-DPM

HALEY HOOTON, Jail
Administration, Mississippi
County; BO MCCOLLUM,
Captain, Jail Administrator,
Mississippi County; MATTHEW
MCCLAIN, Chief Jailer, Lt.,
Mississippi County; and
FREEMAN, C/O, Mississippi
County                                                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Oliver hasn't paid the $405 filing and administrative fees or filed an amended complaint; and the time to do so has passed. *Doc. 3 at 3-4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2025