IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARTEZ DAVON OLIVER                                               PLAINTIFF

v.                         No: 3:25-cv-255-DPM

HALEY HOOTON, Jail
Administration, Mississippi
County; BO MCCOLLUM,
Captain, Jail Administrator,
Mississippi County; MATTHEW
MCCLAIN, Chief Jailer, Lt.,
Mississippi County; and
FREEMAN, C/O, Mississippi
County                                                           DEFENDANTS

## JUDGMENT

Oliver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2025